UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SANJAY SOOKUL,

Plaintiff(s)

24 civ 3253 (JGK)

-against-

GLASSESEASYBUY LTD,

Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, September 11, 2024, at 4:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 4, 2024