```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SANJAY SOOKUL,

     Plaintiff,    24-cv-3253 (JGK)

 - against -       ORDER

GLASSESEASYBUY LTD,

     Defendant.

JOHN G. KOELTL, District Judge:

By memo endorsement dated August 19, 2024, this Court granted the plaintiff leave to serve the California Secretary of State by September 29, 2024. The plaintiff should file proof of service by October 8, 2024.

SO ORDERED.

Dated: New York, New York
   October 1, 2024

                /s/ John G. Koeltl
                John G. Koeltl
              United States District Judge