UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANJAY SOOKUL,

        Plaintiff,

- against -

GLASSESEASYBUY LTD,

        Defendant.

24-cv-3253 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was October 29, 2024. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **December 20, 2024.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **November 5, 2024.**

SO ORDERED.

Dated:    New York, New York
            October 30, 2024

                                       John G. Koeltl
                                  United States District Judge