UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANJAY SOOKUL,

                Plaintiff,

                                        24 civ 3253 (JGK)

        -against-

GLASSESEASYBUY, LTD,

                Defendant.
------------------------------------------------------------X

## ORDER

The Court, via order of October 30, 2024, directed the defendant to respond to the complaint by December 20, 2024. The Court, to date, has received no response.

The plaintiff shall file default papers, pursuant to this Court's rules for default judgment, by **January 22, 2025.**

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       January 8, 2025